IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

THE TRAVELERS INDEMNITY             :
COMPANY,                            :
                                    :
                Plaintiff,          :          CIVIL ACTION NO. 14-4624
                                    :
        v.                          :
                                    :
KAREN and OLIVER BECK and,          :
PEARL M. BECK,                      :
                                    :
                Defendants.         :

## ORDER

**AND NOW**, this 23rd day of April, 2015, after considering the motion to intervene and/or

require joinder of parties filed by the plaintiffs in the underlying state court action, C.Y., a minor,

by her parents and natural guardians, T.Y. and J.Y., and T.Y. and J.Y., husband and wife,

individually ("the Intervenors") (Doc. No. 13); and the court having *sua sponte* raised the issue

of declining jurisdiction over this matter under the Declaratory Judgment Act, 28 U.S.C. §§

2201-2202, and having invited the parties to brief this issue; and the court having considered the

responsive submission of the plaintiff, The Travelers Indemnity Company (Doc. No. 19), and the

joint motion of the defendants, Karen Beck and Pearl N. Beck, for judgment on the pleadings

(Doc. No. 18);[1] and the court having also reviewed the motion to dismiss for lack of jurisdiction

filed by the Intervenors (Doc. No. 20); accordingly, for the reasons set forth in the accompanying

memorandum opinion and in the sound and reasoned exercise of the court's discretion, it is

hereby **ORDERED** as follows:

    1.      This matter is **STAYED** until October 21, 2015, or until further order of court;

---

[1] Pearl Beck's answer to the complaint and motion for judgment on the pleadings indicate that she has been
mistakenly identified in the caption as Pearl M. Beck, instead of Pearl N. Beck.

2

    2.      The clerk of court is **DIRECTED** to place this matter into **CIVIL SUSPENSE** until further order of court;

    3.      The motion for judgment on the pleadings (Doc. No. 18) is **DENIED AS MOOT**;

    4.      The motion to intervene and/or require joinder of parties (Doc. No. 13) is **DENIED WITHOUT PREJUDICE** to the Intervenors re-raising the issue, if necessary, at a later date; and

    5.      The motion to dismiss for lack of jurisdiction (Doc. No. 20) is **DENIED**.

BY THE COURT:

*/s/ Edward G. Smith*
EDWARD G. SMITH, J.